IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ENTERGY ARKANSAS, LLC                                                      PLAINTIFF

v.                                    No. 4:20-cv-1088-DPM

TED J. THOMAS, in his official
capacity as Chairman of the
Arkansas Public Service
Commission; KIMBERLY
A. O'GUINN, in her official
capacity as Commissioner of the
Arkansas Public Service
Commission; and JUSTIN TATE,
in his official capacity as
Commissioner of the Arkansas
Public Service Commission                                                 DEFENDANTS

## ORDER

In the mid-2000s I represented proposed intervenor Arkansas Electric Energy Consumers in the litigation about cost sharing among entities in the Entergy System. That litigation seems to be the prompting backdrop of this case. My impartiality in presiding over the current dispute could reasonably be questioned. 28 U.S.C. § 455(a). I therefore recuse. The Clerk of Court must reassign this case at random by chip exchange.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 January 2023