IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ENTERGY ARKANSAS, LLC**                                                                                    **PLAINTIFF**

**v.**                                **CASE NO. 4:20-CV-01088-BSM**

**DOYLE WEBB,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE